IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JENNIFER PAIGE FISHER**                                                                  **PLAINTIFF**

**v.**                        **CASE NO. 4:11CV00569 BSM**

**LUPIN PHARMACEUTICALS, INC.**                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice pursuant to a joint stipulation by the parties.

Dated this 11th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE